# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| *Appellee*, | § | |
| | § | **No. 14-11253** |
| | § | |
| | § | |
| | § | |
| **v.** | § | |
| | § | |
| **CHRISTOPHER WEAST,** | § | |
| *Appellant* | | |

---

## APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE INITIAL BRIEF

---

Appellant Christopher Weast (Weast), by and through appointed counsel, Assistant Federal Defender Jerry V. Beard (Counsel), respectfully moves this Court for an unopposed extension of time of **28 days** (until Wednesday, July 1, 2015) in which to file his Initial Brief. In support, Counsel would respectfully show:

### I.

Weast's brief is currently due to the Court no later than June 3, 2015.

### II.

Counsel requests the 28 day extension on account of his busy work schedule. Counsel has recently filed briefs in *United States v. Campbell* (13-11038)(Cert Petition),

*United States v. McConathy* (14-11017), and *United States v. Davis* (15-10058). Counsel was also recently co-counsel in a trial in *United States v. Murray* (3:11-CR-296-P) and is preparing a brief in the habeas case, *Keithian Brown v. Stephens* (3:13-CV-5034-N) due early June. Counsel is also assisting in the preparation for oral argument in *United States v. Charles Jones* (13-10735).

Other reasons include:

(1) intra-office scheduling constraints and the impending staffing shortage in the Federal Defender's appellate staff;

(2) Counsel's ongoing involvement as Project Officer for the imminent 2015 Dallas Federal Practice (CJA) Seminar (July 30-31, 2015); and,

Suffice it to say, the instant request is not designed for delay. Rather, it is to better flow Counsel's appellate caseload.

### IV.

Per standing agreement, the United States does not oppose this request.

### V.

Counsel requests a 28 day extension of time up to–but no later than Wednesday, July 1, 2015, in which to file Weast's Initial Brief.

Respectfully submitted this the 27th day of May, 2015.

/s/ Jerry V. Beard
**JERRY V. BEARD**

Assistant Federal Public Defender
Northern District of Texas
525 Griffin Street, Suite 629
Dallas, TX 75202
(214) 767-2746
(214) 767-2886 Fax
jerry_beard@fd.org

## CERTIFICATE OF SERVICE

I certify that on this the 27th day of May, 2015, the motion was served via ECF and by separate email to counsel for the Respondent, Assistant United States Attorney Wes Hendrix at wes.hendrix@usdoj.gov. I further certify that: 1) all privacy redactions have been made pursuant to 5th Cir. Rule 25.2.13; 2) the electronic submission is an exact copy of the paper document pursuant to 5th Cir. Rule 25.2.1; and 3) the document has been scanned for viruses with the most recent version of Norton Anti-virus and is free of viruses.

/s/ Jerry V. Beard
**JERRY V. BEARD**
Assistant Federal Public Defender