# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

May 28, 2015

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 14-11253    USA v. Christopher Weast
                         USDC No. 4:14-CR-23-1

The court has granted an unopposed extension of time to and including July 1, 2015 for filing appellant's brief in this case. No Further Extensions Will Be Granted.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              *Mary Stewart*
                              By: _____
                              Mary C. Stewart, Deputy Clerk
                              504-310-7694

Mr. Jerry Van Beard
Mr. Christopher Allen Curtis
Mr. James Wesley Hendrix